No. 11-6302. Leticia Llaguno Rodriguez, Petitioner v. United States.

565 U.S. 958, 132 S. Ct. 440, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7181.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 793.

No. 11-6304. Fidencio Morales-Ramirez, Petitioner v. United States.

565 U.S. 958, 132 S. Ct. 440, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7241.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 796.

No. 11-6305. Paul Branch, Petitioner v. United States.

565 U.S. 958, 132 S. Ct. 440, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7201.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 421 Fed. Appx. 659.

No. 11-6307. Armando Benavente-Franco, Petitioner v. United States.

565 U.S. 958, 132 S. Ct. 441, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7226.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 427 Fed. Appx. 357.

No. 11-6308. Ty Brock, Petitioner v. United States.

565 U.S. 958, 132 S. Ct. 441, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7235.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 632 F.3d 999.

No. 11-6309. Jeremy Jason Brooks, Petitioner v. United States.

565 U.S. 958, 132 S. Ct. 441, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7182.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 788.

No. 11-6310. Humberto Acuna-Zarate, Petitioner v. United States.

565 U.S. 959, 132 S. Ct. 441, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7155.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 429 Fed. Appx. 421.

No. 11-6318. Evaristo Salinas-Melendez, aka Evaristo Salinas, aka Evaristo Salinas, Jr., Petitioner v. United States.

565 U.S. 959, 132 S. Ct. 441, 181 L. Ed. 2d 286, 2011 U.S. LEXIS 7175.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 429 Fed. Appx. 433.